UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY ROBERTS,

    Plaintiff,

  v.

THE TJX COMPANIES INC, et al.,

    Defendants.

Case No. 13-cv-04731-MEJ

**CASE MANAGEMENT ORDER**

This matter is scheduled for a Case Management Conference on January 9, 2014. Upon review of the parties' Joint Case Management Statement, the Court VACATES the conference and ORDERS as follows:

1) Motion for Class Certification

    a) Plaintiff shall file a Motion for Class Certification by April 30, 2015;

    b) Defendants shall file any Opposition by June 30, 2015;

    c) Plaintiff shall file any Reply by July 31, 2015; and

    d) The Court shall conduct a hearing on August 20, 2015.

2) Motion Briefing: In addition to Civil Local Rule 7, the parties shall comply with the following briefing requirements related to Plaintiff's certification motion (and any summary judgment motions):

    a) Separate Statement of Facts. Any party filing a motion must file a statement, separate from the motion and memorandum of law, setting forth each material fact on which the party relies in support of the motion. Each material fact in the separate statement must be set forth in a separately numbered paragraph and must refer to a specific portion of the record where the fact finds support (for example, affidavit, deposition, discovery response, etc.). A failure to submit a separate statement of facts in this form may constitute grounds for the denial of the motion.

    b)  Controverting Statement of Facts. The opposing party must file a statement, separate from that party's memorandum of law, setting forth: (a) for each paragraph of the moving party's separate statement of facts, a correspondingly numbered paragraph indicating whether the party disputes the statement of fact set forth in that paragraph and a reference to the specific admissible portion of the record supporting the party's position if the fact is disputed; and (b) any additional facts not presented by the moving party. Each additional fact must be set forth in a separately numbered paragraph and must refer to a specific portion of the record where the fact finds support.

    c)  Reply Statement of Facts. If the opposing party sets forth additional facts, the moving party shall file a statement, separate from that's party reply brief, with correspondingly numbered paragraphs indicating whether the party admits or disputes the statement of fact set forth in that paragraph and, if disputed, a reference to the specific portion of the record supporting the party's position.

3) <u>Discovery</u>: The parties shall abide by the undersigned's Discovery Standing Order, available at http://cand.uscourts.gov/mejorders. If one or both parties wish to seek discovery beyond the limits permitted under the Federal Rules of Civil Procedure, they shall file a stipulation and proposed order (or joint letter if unable to reach an agreement). The parties shall follow the same procedure for any request to bifurcate discovery. No deadlines shall be set until after resolution of Plaintiff's class certification motion.

4) <u>ADR</u>: Although the Court agrees with the parties that a referral to any ADR process is premature, one or both parties may request a referral at any time.

5) <u>Amendment of Pleadings</u>: Any amended pleadings to add additional parties must be filed by April 30, 2014.

**IT IS SO ORDERED.**

Dated: January 2, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge