UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY ROBERTS,

    Plaintiff,

  v.

THE TJX COMPANIES, INC, et al.,

    Defendants.

Case No. 13-cv-04731-MEJ

**ORDER RE: MOTION TO RELATE**

On February 13, 2014, Defendants The TJX Companies, Inc., Marshalls of California, LLC, and Homegoods, Inc. filed an Administrative Motion to consider whether the above-captioned case should be related to *Valenzuela v. The TJX Companies, Inc. et al.*, Case No. C-14-00291 KAW.  The Court ORDERS the Plaintiffs in both cases to file any opposition to or support of Defendants' Motion by February 19, 2014.  The opposition or statement of support must specifically address the issues in Civil L.R. 3-12(a) and (d).

**IT IS SO ORDERED.**

Dated: February 14, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge