UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZ VALENZUELA,<br><br>        Plaintiff,<br><br>    v.<br><br>THE TJX COMPANIES, INC., et al.,<br><br>        Defendants. | Case No.  14-cv-00291-MEJ<br><br>**ORDER VACATING CMC** |

This matter is scheduled for a Case Management Conference on April 17, 2014.  However, the parties have informed the Court that they are meeting and conferring regarding a Stipulation to Coordinate this case with related case *Roberts v. The TJX Companies, Inc., et al.,* Case No. 3:13-cv-04731, including a proposed class certification schedule.  Dkt. No. 27.  Accordingly, the Court VACATES the April 17 CMC.  The parties shall participate in the April 14 ADR phone conference as scheduled.

**IT IS SO ORDERED.**

Dated: April 14, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge