UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY ROBERTS,

    Plaintiff,

v.

MARSHALLS OF CA, LLC, et al.,

    Defendants.

Case No. 13-cv-04731-MEJ

**CASE MANAGEMENT ORDER**

This matter is scheduled for a Case Management Conference on February 5, 2015. Having reviewed the parties' joint statement, the Court VACATES the conference and ORDERS as follows:

| Event | Date |
| --- | --- |
| Filing Deadline for Plaintiff's Motion for Class Certification | October 29, 2015 |
| Filing Deadline for Defendants' Opposition to Plaintiff's Motion for Class Certification | December 31, 2015 |
| Filing Deadline for Plaintiff's Reply re: Class Certification | January 28, 2016 |
| Hearing on Motion for Class Certification | February 18, 2016 |

The Court shall schedule other case management deadlines, including referral for ADR, after resolution of class certification issues.

**IT IS SO ORDERED.**

Dated: February 2, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge