1  JOSHUA J. CLIFFE, Bar No. 215390
   EMILY E. O'CONNOR, Bar No. 279400
2  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
4  Facsimile:    415.399.8490
   Email:        jcliffe@littler.com
5
   JULIE DUNNE, Bar No. 160544
6  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
7  San Diego, CA 92101.3577
   Telephone:    619.232.0441
8  Facsimile:    619.232.4302
   Email:        jdunne@littler.com
9
   Attorneys for Defendants
10 TJ MAXX OF CA, LLC, MARSHALLS OF CA,
   LLC; HOMEGOODS, INC.
11
   MARCUS J. BRADLEY, Bar No. 174156
12 KILEY L. GROMBACHER, Bar No. 245960
   MARLIN & SALTZMAN, LLP
13 29229 Canwood Street, Suite 208
   Agoura Hills, CA 91301
14 Telephone:    818.991.8080
   Facsimile:    818.991.8081
15 Email:        mbradley@marlinsaltzman.com

16 Attorneys for Plaintiff
   KIMBERLY ROBERTS
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20 KIMBERLY ROBERTS, individually and        Case No. 3:13-cv-04731-MEJ
21 on behalf of other individuals similarly  **STIPULATION RE CONSOLIDATION**
   situated,
22
                    Plaintiffs,              Complaint Filed:  October 10, 2013
23                                           Amended Complaint Filed:  April 2, 2014
             v.
24
   TJ MAXX OF CA, LLC, a Delaware
25 limited liability company; MARSHALLS
   OF CA, LLC, d Delaware limited liability
26 company; HOMEGOODS, INC., a
   Delaware corporation; and DOES 1-10,
27 inclusive,

28                   Defendants.
                                             CASE NO. 3:13-cv-04731-MEJ

                    STIPULATION RE CONSOLIDATION

**STIPULATION**

This Stipulation is entered into by and between Defendants TJ Maxx of CA, LLC, Marshalls of CA, LLC and HomeGoods, Inc. ("Defendants"), through their counsel of record Littler Mendelson, P.C., Plaintiff Kimberly Roberts, through her counsel of record Marlin & Saltzman, LLP and Carneisha Forney (Plaintiff in the action *Forney v. The TJX Companies, Inc., et. al.*) through her counsel of record The Aegis Law Firm, The Cooper Law Firm and The Carter Law Firm (collectively "the Parties").

This Stipulation is based on the following:

1.      On October 10, 2013, Plaintiff Roberts filed the initiating complaint in this action.

2.      On February 14, 2014, Carneisha Forney, a former TJ Maxx store employee, filed a class action complaint in Orange County Superior Court titled *Forney v. The TJX Companies, Inc., TJ Maxx of CA, LLC, Marshalls of CA, LLC, HomeGoods, Inc.* (Case No. 30-20-14-00705828-CU-OE-CXC ("the *Forney* action").

3.      On May 8, 2014 defendants in the *Roberts* action filed a Notice of Pendency of Other Action to notify the Court that the *Forney* action involved a material part of the same subject matter and substantially all of the same parties.  Like the *Roberts* action, the *Forney* action seeks to certify a class on behalf of all current and former non-exempt employees who worked in California TJ Maxx, Marshalls and HomeGoods stores.

4.      Both the *Forney* and *Roberts* actions allege that California TJ Maxx, Marshalls and HomeGoods store employees are owed regular wages and overtime wages due to Defendants' practice of conducting off the clock bag checks before permitting employees to leave the store at their meal breaks, rest breaks and at the end of each shift.  Both actions also assert causes of action for inaccurate wage statements, unfair business practices, failure to pay all wages due upon separation and seek to recover penalties pursuant to Labor Code section 2698 et seq.  *Forney* also expressly pleads the following additional cause of action: failure to provide meal and rest breaks.  *Forney* also seeks to certify a subclass of key carrier employees who were allegedly not compensated for all hours worked due to a Company policy that requires two employees to be

1.

1   present when opening a store.

2       5.    On August 29, 2014, defendants in the *Forney* action filed a Motion to Stay

3   *Forney* in light of the pendency of multiple overlapping class actions, including the *Roberts* action.

4   The hearing took place on October 20, 2014.  The Superior Court denied the Motion to Stay and

5   ordered the Parties to meet and confer regarding potential consolidation of the *Forney* action with

6   the *Roberts* action.

7       6.    Given the overlap in claims and parties as well as the desire to avoid

8   conflicting results on issues common to both actions, the Parties have agreed to consolidation of the

9   *Roberts* and *Forney* actions in the Northern District.  The Parties have agreed that the consolidation

10  is contingent on the subsequent dismissal of the *Forney* action without prejudice.  Accordingly,

11  following the Court's order granting Plaintiff Kimberly Roberts leave to file the Second Amended

12  Consolidated Complaint, counsel for Plaintiff Kimberly Roberts will file the Second Amended

13  Consolidated Complaint in the *Roberts* action and simultaneously, counsel for Plaintiff Carneisha

14  Forney will submit a Request for Dismissal to the Superior Court along with the required supporting

15  declaration in accordance with California Rule of Court 3.770, seeking (1) and order approving the

16  dismissal of the *Forney* action without prejudice; and (2) an order pursuant to California Rule of

17  Court 3.770 that the dismissal of the lawsuit does not require notice to putative class members, if

18  necessary.  The Parties have agreed to cooperate in order to achieve dismissal of the *Forney* action.

19      7.    In order to achieve the agreed-upon consolidation, the Parties wish to file a

20  Second Amended Consolidated Complaint in the *Roberts* action.  The proposed Second Amended

21  Consolidated Complaint ("SAC") is attached hereto as **Exhibit A**.  The SAC reflects the following

22  changes:

23      a.    Plaintiffs Carneisha Forney and Laurie Mullen are to be added as

24  named plaintiffs and class representatives in the *Roberts* action.

25      b.    The Aegis Law Firm, PC, The Cooper Law Firm, P.C. and The Carter

26  Law Firm are to be added to the list of class counsel in the *Roberts* action.

27      c.    The *Roberts* action will no longer include a cause of action for

28  violations of the Fair Labor Standards Act (*i.e.* the Parties seek to dismiss the First Cause of Action

1   in the *Roberts* First Amended Complaint).   Accordingly, the *Roberts* action will no longer seek

2   certification of a nationwide class of employees.

3           d.      The *Roberts* action will include the following causes of action and the

4   additional subclass: failure to provide meal breaks, failure to provide rest breaks and key carrier

5   subclass (*see* Second and Third Causes of Action in SAC).

6           8.      It is Defendants' position that as to California TJ Maxx employees, the statute

7   of limitations should run from the date of the filing of the *Forney* action.   As to California

8   HomeGoods employees, the statute of limitations should run from the filing of the SAC (*i.e.* the date

9   a HomeGoods employee is added as a plaintiff/class representative).   Accordingly, the Parties have

10  agreed that the statute of limitations issue as to TJ Maxx and HomeGoods employees is disputed.

11  This issue is to be resolved through litigation and further discovery.

12          THEREFORE, the parties to this Stipulation hereby stipulate and request as follows:

13          1.      The Court grant Plaintiff Kimberly Roberts leave to file the Second Amended

14  Consolidated Complaint attached hereto as **Exhibit A**.

15          2.      The Court permit the Parties to resolve the disputed statute of limitations

16  issue as to TJ Maxx employees and HomeGoods employees through litigation and further discovery.

17

18  **IT IS SO STIPULATED.**

19

20

21  Dated: February 24, 2015            */s/ Emily E. O'Connor*
                                        JOSHUA J. CLIFFE
22                                      JULIE DUNNE
                                        EMILY E. O'CONNOR
23                                      LITTLER MENDELSON, P.C.
                                        Attorneys for Defendants
24                                      TJ MAXX OF CA, LLC, MARSHALLS OF
                                        CA, LLC, HOMEGOODS, INC.

25

26

27

28
                                        3.              CASE NO. 3:13-cv-04731-MEJ

1  Dated: February 24, 2015          /s/ Kiley L. Grombacher
                                    MARCUS J. BRADLEY
2                                   KILEY L. GROMBACHER
                                    **MARLIN & SALTZMAN, LLP**
3                                   Attorneys for Plaintiff
                                    KIMBERLY ROBERTS
4

5

6

7
   Dated: February 24, 2015          /s/ Scott B. Cooper
8                                   SAMUEL A. WONG
                                    **AEGIS LAW FIRM, PC**
9                                   SCOTT B. COOPER
                                    **THE COOPER LAW FIRM, P.C.**
10                                  ROGER R. CARTER
                                    **THE CARTER LAW FIRM**
11                                  Attorneys for Plaintiff in *Forney v. The TJX*
                                    *Companies, Inc., et al.*, Orange County
12                                  Superior Court Case No. 30-20-14-00705828-
                                    CU-OE-CXC
13

14

15                         **SIGNATURE ATTESTATION**

16         In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

17  document has been obtained from the signatories on this e-filed document.

18

19
   DATED: February 24, 2015               /s/ Emily E. O'Connor
20                                        EMILY E. O'CONNOR

21

22  The parties' stipulation is GRANTED. Plaintiffs shall efile the
23  Second Amended Complaint as a separate docket entry.
           IT IS SO ORDERED.
24  Dated: February 26, 2015

25

26

27

28  Firmwide:131366149.1 053070.1118

                                        4.                    CASE NO. 3:13-cv-04731-MEJ
                              STIPULATION RE CONSOLIDATION