**MARLIN & SALTZMAN, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
29229 Canwood Street, Suite 208
Agoura Hills, California   91301-1555
Telephone:       (818) 991-8080
Facsimile:       (818) 991-8081
mbradley@marlinsaltzman.com
kgrombacher@marlinsaltzman.com

**SETAREH LAW GROUP**
Shaun Setareh, Esq. (SBN 204514)
9454 Wilshire Boulevard, Suite 711
Beverly Hills, California   9022
Telephone:       (310) 888-7771
Facsimile:       (310) 888-0109
shaun@setarehlaw.com

Attorneys for Plaintiff Kimberly Roberts,
Carneisha Forney and Laurie Mullen

*(Additional Plaintiffs' Counsel on next page)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ROBERTS, CARNEISHA FORNEY, and LAURIE MULLEN, on behalf of themselves, and all others similarly situated, and the general public,<br><br>        Plaintiffs,<br><br>v.<br><br>TJ MAXX OF CA, LLC, a Delaware limited liability company; MARSHALLS OF CA, LLC, a Delaware limited liability company; HOMEGOODS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 3:13-cv-04731-MEJ<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE; ~~[PROPOSED]~~ ORDER** |

1

***Additional Plaintiffs Counsel:***

2

AEGIS LAW FIRM, PC
Samuel A. Wong, Esq. (SBN 217104)

3

Kashif Haque, Esq. (SBN 218672)
9811 Irvine Center Drive, Suite 100

4

Irvine, California  92618

5

Telephone:      (949) 379-6250
Facsimile:       (949) 379-6251

6

swong@aegislawfirm.com

7

khaque@aegislawfirm.com

8

THE COOPER LAW FIRM, P.C.
Scott B. Cooper, Esq. (SBN 174520)

9

Samantha Smith, Esq. (SBN 233331)

10

4000 Barranca Parkway, Suite 250
Irvine, California  92604

11

Telephone:      (949) 724-9200
Facsimile:       (949) 724-9255

12

scott@cooper-firm.com

13

samantha@cooper-firm.com

14

THE CARTER LAW FIRM
Roger R. Carter, Esq. (SBN 140196)

15

2030 Main Street, Suite 1300

16

Irvine, California  92614
Telephone:      (949) 260-4737

17

Facsimile:       (949) 260-4754
roger@carterlawfirm.net

18

19

Attorneys for Plaintiffs Carneisha Forney
and Laurie Mullen

20

21

22

23

24

25

26

27

28

2

Plaintiffs Kimberly Roberts, Carneisha Forney and Laurie Mullen ("collectively "Plaintiffs") and Defendants TJ MAXX of CA, LLC, Marshalls of CA, LLC, and Homegoods, Inc. (collectively "Defendants")(collectively the "Parties"), by and through their counsel of record, hereby stipulate to continue the deadlines set for Plaintiffs' motion for class certification by five (5) months.  Such deadline provides the Parties sufficient time to explore mediation and is necessary to prepare and file briefs on the issue of certification.  The Parties enter into this joint stipulation with reference to the following facts:

## RECITALS

WHEREAS, the briefing schedule for Plaintiff's motion for class certification is presently as follows:

| Event | Deadline |
|---|---|
| Filing of Motion for Class Certification | March 31, 2016 |
| Opposition to Motion for Class Certification | May 27, 2016 |
| Reply in Support of Motion for Class Certification | June 27, 2016 |
| Hearing | July 28, 2016 |

WHEREAS, the Parties have agreed to engage the services of Michael Dickstein to assist in settlement negotiations of the above-captioned action;

WHEREAS, given Mr. Dickstein's availability, the earliest mediation date that the parties could secure was in April of 2016;

WHEREAS, presently mediation has been set for April 12, 2016;

WHEREAS, the Parties agree that, to permit sufficient time and allow the parties to devote their efforts and resources fully towards resolution and, if necessary, to permit both Parties sufficient time to complete certification discovery, the deadlines presently set as to Plaintiffs' motion for class certification should be extended by five (5) months;

WHEREAS, only one prior continuance of the certification schedule briefing schedule has been requested;

WHEREAS, neither party objects to the time modifications set forth below; and,

WHEREAS, counsel for both parties do not believe that the time modifications will cause unnecessary delay or conflict with any other scheduling matters affecting the case.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated by the Parties, through their respective counsel of record, that the Plaintiffs shall have an additional five (5) months in which to file their motion for class certification, and the Parties further submit following briefing schedule for said motion:

| Event | Deadline |
|---|---|
| Filing of Motion for Class Certification | August 26, 2016 |
| Opposition to Motion for Class Certification | October 28, 2016 |
| Reply in Support of Motion for Class Certification | November 28, 2016 |
| Hearing | December 17, 2016 |

Respectfully submitted,

DATED:  March 10, 2016                **MARLIN & SALTZMAN, LLP**
                                     **SETAREH LAW GROUP**

                                     By:  /S/  Kiley L. Grombacher
                                          Kiley Lynn Grombacher, Esq.
                                          Attorneys for Plaintiff

DATED:  March 10, 2016                **LITTLER MENDELSON, P.C.**

                                     By:  /S/  Joshua D. Levine
                                          Joshua D. Levine, Esq.
                                          Attorneys for Defendant

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED:  March 10, 2016                 /S/  Kiley L. Grombacher
                                       Kiley Lynn Grombacher

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**(~~PROPOSED~~) ORDER**

After reviewing the Parties' Joint Stipulation to Continue Class Certification Briefing Schedule, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Plaintiffs shall have an additional five (5) months in which to file their motion for class certification, and the briefing schedule for said motion is as follows:

| Event | Deadline |
|---|---|
| Filing of Motion for Class Certification | August 26, 2016 |
| Opposition to Motion for Class Certification | October 28, 2016 |
| Reply in Support of Motion for Class Certification | November 28, 2016 |
| Hearing | December ~~17~~ 15, 2016 |

DATED: _____          _____

Hon. Maria-Elena James
United States Magistrate Judge

5
